IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: )<br>    Daniel Eric Pettit )<br>        Debtor, )<br>-------------------------------------------------------- )<br>Meadows Capital Partners I, LLC, )<br>    Plaintiff )<br>Vs. )<br>Daniel Eric Pettit, )<br>    Defendant ) | Case No. 24-01387<br><br><br>Adversary No. 25-30010 |

**Answer to Complaint Objecting to Discharge**

COMES NOW Defendant, Daniel Eric Pettit, through counsel and in answer to the **Complaint Objecting to Discharge** (Docket #1) hereby states as follows:

1. The allegations set forth in paragraph one are admitted.
2. The allegations set forth in paragraph two are admitted.
3. The allegations set forth in paragraph three are admitted.
4. The allegations set forth in paragraph four are admitted.
5. The allegations set forth in paragraph five are admitted.
6. Paragraphs one through five are incorporated herein verbatim.
7. The allegations set forth in paragraph one are admitted.
8. The allegations set forth in paragraph eight are denied.
9. The allegations set forth in paragraph nine are denied.
10. The allegations set forth in paragraph ten are denied.
11. The allegations set forth in paragraph eleven are denied.
12. The allegations set forth in paragraph twelve are denied.
13. The allegations set forth in paragraph thirteen are denied.
14. The allegations set forth in paragraph fourteen are denied.
15. The allegations set forth in paragraph fifteen are denied.
16. The allegations set forth in paragraph sixteen are denied.
17. The allegations set forth in paragraph seventeen are denied.
18. The allegations set forth in paragraph eighteen are denied.
19. The allegations set forth in paragraph nineteen are denied.
20. The allegations set forth in paragraph twenty are denied.
21. The allegations set forth in paragraph twenty-one are denied.
22. The allegations set forth in paragraph twenty-two are denied.
23. The allegations set forth in paragraph twenty-three are denied.
24. The allegations set forth in paragraph twenty-four do not appear to require a response.
25. Paragraphs one through twenty-four are incorporated herein verbatim.
26. The allegations set forth in paragraph twenty-six are denied.

27. The allegations set forth in paragraph twenty-seven are denied.
28. The allegations set forth in paragraph twenty-eight are denied.
29. The allegations set forth in paragraph twenty-nine are denied.
30. The allegations set forth in paragraph thirty are denied.

    WHEREFORE, Defendant prays Count I be dismissed at Plaintiff's cost.

31. Paragraph one through thirty are incorporated herein verbatim.
32. The allegations set forth in paragraph thirty-two are denied.
33. The allegations set forth in paragraph thirty-three are denied.
34. The allegations set forth in paragraph thirty-four are denied.
35. The allegations set forth in paragraph thirty-five are denied.

    WHEREFORE, Defendant prays Count II be dismissed at Plaintiff's cost.

36. Paragraphs one through thirty-five are incorporated herein verbatim.
37. The allegations set forth in paragraph thirty-seven are denied.
38. The allegations set forth in paragraph thirty-eight are denied.
39. The allegations set forth in paragraph thirty-nine are denied.
40. The allegations set forth in paragraph forty are denied.
41. The allegations set forth in paragraph forty-one are denied.
42. The allegations set forth in paragraph forty-two are denied.

    WHEREFORE, Defendant prays Count III be dismissed at Plaintiff's cost.

43. Paragraphs one through forty-two are incorporated herein verbatim.
44. The allegations set forth in paragraph forty-four are denied.
45. The allegations set forth in paragraph forty-five are denied.

    WHEREFORE, Defendant prays Count IV be dismissed at Plaintiff's cost.

46. Paragraphs one through forty-four are incorporated herein verbatim.
47. The allegations set forth in paragraph forty-seven are denied.

    WHEREFORE, Defendant prays Count V be dismissed at Plaintiff's cost.

*signature: David A. Morse*

David A. Morse
*Law Offices of David A. Morse*
1010 Insurance Exchange Building
505 Fifth Avenue
Des Moines, Iowa  50309
Ph: (515) 243-7600
Fx: (515) 243-0583
Email: dave@davemorselaw.com

Proof of Service

The undersigned certifies that on the 25th day of March 2025, I electronically uploaded and filed the foregoing instrument with the Clerk of Court for the United States Bankruptcy Court for the Southern District of Iowa by using the Court's CM/ECF system which will result in service upon all participants in this case who are registered CM/ECF users.

*signature: David A. Morse*