# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re: ) | |
| ) | |
| DANIEL ERIC PETTIT, ) | |
| ) | Case No. 24-01387-lmj7 |
| Debtor ) | |
| ) | |
| _____ ) | |
| ) | |
| MEADOWS CAPITAL PARTNERS I, LLC., ) | |
| ) | |
| Plaintiffs, ) | Adv. Pro. No. 25-30010 |
| ) | |
| vs. ) | |
| ) | |
| DANIEL ERIC PETTIT, ) | |
| ) | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff Meadows Capital Partners I, LLC. and Defendant Daniel E. Pettit, hereby stipulate to the dismissal of this Adversary Proceeding, without prejudice, in that Defendant has waived his discharge to the obligations asserted in the Complaint, such obligations to Plaintiff not being discharged or dischargeable.

[*Signature Page Follows*]

Dated: May 28, 2025                                  Respectfully submitted,


                                                                                               */s/ Robert C. Gainer*
Robert C Gainer
**THE CUTLER LAW FIRM**
1307 50th Street
West Des Moines, IA 50266
Tel: (515) 223-6600
Fax: (515) 223-6787
Email: rgainer@cutlerfirm.com
**ATTORNEYS FOR PLAINTIFF**


*/s/ David A. Morse*
David A. Morse
*Law Offices of David A. Morse*
1010 Insurance Exchange Building
505 Fifth Avenue
Des Moines, Iowa 50309
Ph: (515) 243-7600
Fx: (515) 243-0583
Email: dave@davemorselaw.com
**ATTORNEYS FOR
DEBTOR/DEFENDANT**


<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on May 28, 2025, I caused filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, and further certify that a true and correct copy of the foregoing was served upon all parties consenting to electronic service.

                                      */s/ Stephanie Newton*